# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY,
ET AL.

NO.  2020 CW 0025

**MAR 0 4 2020**

---

In Re:    Zurich American Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:    GUIDRY, PENZATO, AND BURRIS,[1] JJ.**

 **WRIT NOT CONSIDERED.**  The writ application fails to comply with Rules 4-5(C)(8) and (9) of the Uniform Rules of Louisiana Courts of Appeal, as it does not include a copy of relator's exception on which the judgment being challenged was founded or a copy of any opposition thereto.

 Supplementation of this writ application and/or an application for rehearing will not be considered.  Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

 In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal.  Any new application must be filed on or before March 18, 2020, and must contain a copy of this ruling.

                    **JMG**
                    **AHP**
                    **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.